President and Directors of the Manhattan Company, as Executor and Trustee under the Last Will and Testament of William P. Collins, Deceased, Respondent, v. Joseph H. Parker, Appellant.— In an action to recover unpaid installments of rent alleged to be due to the respondent from the appellant-lessee, under the terms of a written lease and renewal thereof, judgment was rendered in favor of the plaintiff. The defendant appealed therefrom. Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Carswell, Johnston, Taylor and Close, JJ.

The People of the State of New York, Respondent, v. Paula Lebowitz, Appellant.— Judgment of the Court of Special Sessions of the City of New York, Borough of Brooklyn, convicting the defendant of the crime of assault in the third degree unanimously affirmed. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Taylor, JJ.

The People of the State of New York, Respondent, v. Howard Marcovici, Appellant.— Judgment of the Court of Special Sessions of the City of New York, Borough of Brooklyn, convicting the defendant of the crime of unlawfully maintaining and operating a lottery, unanimously affirmed. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Taylor, JJ.

The People of the State of New York, Respondent, v. Calogero Montanti, Appellant.— Judgment of conviction of the crime of a violation of section 1140 of the Penal Law, rendered by the Court of Special Sessions of the City of New York, Borough of Richmond, unanimously affirmed. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Taylor, JJ.

The People of the State of New York, Respondent, v. Luigi Troiano, Appellant.— Judgment of the Court of Special Sessions of the City of New York, Borough of Brooklyn, convicting defendant of a violation of section 1140 of the Penal Law, exposure of person, and sentencing him to thirty days in the workhouse, unanimously affirmed. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Taylor, JJ.

The People of the State of New York ex rel. Bawnfawn Holding Corp., Respondent, v. Harris H. Murdock and Others, Constituting the Board of Standards and Appeals of the City of New York, Appellants, and Mowbray Realty Co., Inc., Intervenor, Appellant.— Order sustaining certiorari order and annulling the determination of the board of standards and appeals in refusing to grant a variation of the Building Zone Resolution, granting such a variation and directing the issuance of the requisite permits, reversed on the law and the facts, with costs, certiorari proceeding dismissed and the determination of the board of standards and appeals reinstated and confirmed upon authority of *Y. W. H. Assn.* v. *Bd. of Standards & Appeals* (266 N. Y. 270) and *Matter of Levy* v. *Bd. of Standards & Appeals* (267 id. 347). Lazansky, P. J., Johnston, Adel, Taylor and Close, JJ., concur.